**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 10-cr-00024-CMA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

CARLETON MILES,

     Defendant.

---

## ORDER SETTING CHANGE OF PLEA HEARING

---

     Pursuant to telephone conference between counsel and Chambers staff, and pursuant to the Court's receipt of an information and waiver of indictment, a Change of Plea hearing is set for **January 28, 2010 at 1:30 p.m.** in Courtroom A602 of the Arraj Courthouse**.**  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers and to the Probation Department no later than **noon on January 25, 2010**.  If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.  The original and one copy of these documents should be delivered to the courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

     DATED: January __22__, 2010

                                      BY THE COURT:

                                       _____
                                       CHRISTINE M. ARGUELLO
                                       United States District Judge